# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TEMPRA HARRIS-TYRUES, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-00754-JHE |
| DIVERSICARE HEALTH SERVICES, INC., et al., | ) |
| Defendants. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.  (*See* doc. 25).

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: October 13, 2021

SHARON N. HARRIS, CLERK

By: Angela Day
     Deputy Clerk